

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG 12. 2015

8/10/2015
MCKENZIE, EDWARD    Tr. Ct. No. 1444596-A          WR-83,715-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
NEED FULL NAME, SPN #, AND
CELLBLOCK # TO IDENTIFY INMATE

EDWARD MCKENZIE
HARRIS COUNTY JAIL

U TF

13B 77002